UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SPRAGUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00053-AWI-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 9) |

　　　　On April 2, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has not filed an answer or motion for summary judgment. (ECF No. 9). In light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

　　Dated:  **April 4, 2022**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE